ALBERT G. GOTTS, as Administrator of the Estate of ANNA E. GOTTS, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Gotts* v. *N. Y. C. & H. R. R. R. Co.,* 148 App. Div. 901, affirmed.
(Argued March 31, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Alfred L. Becker* and *Daniel E. Meegan* for appellant.

*L. M. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.